IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DANIEL M. KING, JR., LLC, | * |
| Plaintiff, | * |
| v. | *   CV 324-003 |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant. | * |

**O R D E R**

Presently before the Court is a "Stipulation of Dismissal Without Prejudice," signed by all parties who have appeared in the case. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE